### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin Chappell Jr.<br>Charlene Grace-Chappell<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 16-17021 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Pacific Union Financial, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 1432

                Respectfully submitted,

                **/s/Joshua I. Goldman, Esquire**
                Joshua I. Goldman, Esquire
                Thomas Puleo, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406