# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | **CHAPTER 13** |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | **BANKRUPTCY NO. 16-17021-mdc** |

## ORDER

AND NOW, this 22nd day of October, 2016, upon consideration of the Debtors' Application for an extension of time to file their Chapter 13 Plan, and any other bankruptcy documents due, it is hereby **ORDERED** that an extension is granted until October 31, 2016, to file the Debtors' Chapter 13 Plan and any other required documents.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE