## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | **CHAPTER 13** |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| **Debtors.** | : | **BANKRUPTCY NO. 16-17021-mdc** |

### ORDER

AND NOW, this   14th   day of   November                    , 2016, upon consideration of the

Debtors' Application for a further extension of time to file their bankruptcy schedules,

statements, Chapter 13 Plan, and any other bankruptcy documents due, it is hereby **ORDERED**

that a further extension is granted until **November 28, 2016**, to file the Debtors' Chapter 13 Plan

and any other required documents.  No further extensions will be granted.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE