# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Melvin Chappell, Jr.<br>    and<br>Charlene D. Grace-Chappell | | |
| | : | |
| Debtor | : | Bankruptcy No. 16-17021 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated 10/06/2016, 10/22/2016 and 11/14/2016, and this case is hereby DISMISSED.

December 1, 2016

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2