United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17021-mdc
Melvin Chappell, Jr.                                                   Chapter 13
Charlene D. Grace-Chappell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW         Page 1 of 1             Date Rcvd: Dec 01, 2016
                          Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db/jdb        +Melvin Chappell, Jr.,   Charlene D. Grace-Chappell,   5011 Saul Street,
               Philadelphia, PA 19124-2635
13805862       Capitol One Bank (USA) N.A.,   P.O. Box 71083,   Charlotte, NC 28272-1083
13805863      +Comcast,   P.O. Box 3001,   Southeastern, PA 19398-3001
13805865      +KML LAW GROUP, P.C.,   Mellon Independence Center,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13812739       Spot Loan,   by American InfoSource LP as agent,   PO Box 248838,
               Oklahoma City, OK  73124-8838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 02 2016 02:19:00     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:25
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 02 2016 02:20:42
               Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,
               P.O. Box 165028,   Irving, TX  75016,   UNITED STATES 75016-5028
13805236      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 02 2016 02:20:43
               Capital One Auto Finance, a division of Capital On,   P.O. Box 165028,   Irving, TX 75016-5028
13828303      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 02 2016 02:18:12     PECO Energy Company,
               Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13805866      +E-mail/Text: bankruptcy@loanpacific.com Dec 02 2016 02:19:16     Pacific Union Financial LLC,
               1603 LBJ Freeway, suite 500,   Dallas, TX 75234-6071
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13805861       ACS Cash Services,   david@24-7loans.us
13805864       Empire Credit Recovery Services,   care@empirecreditrecovery.com,   vanessa01033@outlook.com
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pacific Union Financial, LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ROGER V. ASHODIAN   on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
          ROGER V. ASHODIAN   on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Melvin Chappell, Jr. and Charlene D. Grace-Chappell | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-17021 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated 10/06/2016, 10/22/2016 and 11/14/2016, and this case is hereby DISMISSED.

December 1, 2016

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
　　Atty Disclosure Statement
　　Chapter 13 Plan
　　Schedules AB-J
　　Statement of Financial Affairs
　　Summary of Assets and Liabilities Form B106
　　Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
　　Means Test Calculation Form 122C-2