United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-17021-mdc
Melvin Chappell, Jr.                                                            Chapter 13
Charlene D. Grace-Chappell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 1              Date Rcvd: Jan 13, 2017
                              Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb         +Melvin Chappell, Jr.,    Charlene D. Grace-Chappell,    5011 Saul Street,
                 Philadelphia, PA 19124-2635
13805862        Capitol One Bank (USA) N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
13805863       +Comcast,    P.O. Box 3001,    Southeastern, PA 19398-3001
13805865       +KML LAW GROUP, P.C.,    Mellon Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13812739        Spot Loan,    by American InfoSource LP as agent,    PO Box 248838,
                 Oklahoma City, OK  73124-8838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 14 2017 02:10:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 02:09:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2017 02:10:05      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 14 2017 02:01:03
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX  75016,   UNITED STATES 75016-5028
13805236       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 14 2017 01:59:58
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
13828303       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 14 2017 02:08:44      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13805866       +E-mail/Text: bankruptcy@loanpacific.com Jan 14 2017 02:10:58      Pacific Union Financial LLC,
                 1603 LBJ Freeway, suite 500,    Dallas, TX 75234-6071
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13805861       ACS Cash Services,    david@24-7loans.us
13805864       Empire Credit Recovery Services,    care@empirecreditrecovery.com,    vanessa01033@outlook.com
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pacific Union Financial, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
              THOMAS I. PULEO    on behalf of Creditor    Pacific Union Financial, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| MELVIN CHAPPELL, JR., and | : | CHAPTER 13 |
| CHARLENE D. GRACE-CHAPPELL, | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 16-17021-mdc |

## ORDER VACATING DISMISSAL OF CASE

AND NOW, this _12th_ day of January, 2017, upon consideration of the Motion of the Debtors requesting reconsideration of the Order entered December 1, 2016, dismissing Debtors' case, and any response thereto, and after notice and hearing, it is hereby **ORDERED** as follows:

1. The Order entered December 1, 2016, dismissing Debtors' case, is **VACATED**.

2. The instant case is **REINSTATED**, and the Debtors may continue to prosecute their case under Chapter 13 of the Bankruptcy Code _conditioned upon the Debtors payment of $2,100 on or before January 26, 2017, and filing of the means test (Form 122) by January 26, 2017._

3. _If the Debtors failed to comply with the requirements of paragraph 2., the case will be dismissed and not re-instated._

BY THE COURT:

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Roger V. Ashodian
Regional Bankruptcy Center of Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083

(continued next page)

Copies to (continued):

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire
Sr. Assistant United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Pacific Union Financial LLC
c/o Joshua Isaac Goldman, Esquire
KML Law Group, P.C.
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106

ACS Cash Services
david@24-7loans.us

Empire Credit Recovery Services
care@empirecreditrecovery.com
and vanessa01033@outlook.com

Capitol One Bank (USA) N.A.
P.O. Box 71083
Charlotte, NC  28272-1083

Capital One Auto Finance,
a division of Capital One, N.A.
c/o Ascension Capital Group
P.O. Box 16502
Irving, TX  75016

Comcast
P.O. Box 3001
Southeastern, PA  19398

(continued next page)

Copies to (continued):

Melvin Chappell, Jr., and
Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA  19124