UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MELVIN CHAPPELL, JR. | : | |
| & | : | |
| CHARLENE D. GRACE-CHAPPELL | : | |
| Debtors | : | Bankruptcy No. 16-17021 |

# (AMENDED) ORDER DISMISSING CASE

AND NOW, this       day of                  , 2017, upon consideration of the Trustee's Certification of Default, this case is hereby DISMISSED (AND NOT RE-INSTATED) pursuant to Paragraph #3 of the court's order dated January 12, 2017.

Date: _____                    _____
**Judge Magdeline D. Coleman**
**United States Bankruptcy Court**

Melvin Chappell, Jr.
Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA 19124

**Electronically via ECF/System ONLY:**

**ROGER V. ASHODIAN**
Regional Bankruptcy Center of SE PA
101 West Chester Pike
Suite 1 A
Havertown, PA 19083

William C. Miller,
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107