UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :         Chapter 13
                                                    :
  MELVIN CHAPPELL, JR.                      :
        &       :
  CHARLENE D. GRACE-CHAPPELL               :
        Debtors  :         Bankruptcy No. 16-17021

## (AMENDED) ORDER DISMISSING CASE

AND NOW, this  3rd  day of  February , 2017, upon consideration of the Trustee's Certification of Default, this case is hereby DISMISSED (AND NOT RE-INSTATED) pursuant to Paragraph #3 of the court's order dated January 12, 2017.

Date: _____                    _____
                                         **Judge Magdeline D. Coleman**
                                         **United States Bankruptcy Court**

Melvin Chappell, Jr.
Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA 19124

**Electronically via ECF/System ONLY:**

**ROGER V. ASHODIAN**
Regional Bankruptcy Center of SE PA
101 West Chester Pike
Suite 1 A
Havertown, PA 19083

William C. Miller,
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107