United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Melvin Chappell, Jr.
Charlene D. Grace-Chappell
    Debtors

Case No. 16-17021-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Feb 03, 2017
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2017.
db/jdb         +Melvin Chappell, Jr.,    Charlene D. Grace-Chappell,    5011 Saul Street,    Philadelphia, PA 19124-2635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2017 at the address(es) listed below:
       JACQUELINE M. CHANDLER    on behalf of Trustee    WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
       JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
       ROGER V. ASHODIAN    on behalf of Debtor Melvin   Chappell, Jr. ecf@schollashodian.com
       THOMAS I. PULEO    on behalf of Creditor    Pacific Union Financial, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                        TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MELVIN CHAPPELL, JR. | : | |
| & | : | |
| CHARLENE D. GRACE-CHAPPELL | : | |
| Debtors | : | Bankruptcy No. 16-17021 |

# (AMENDED) ORDER DISMISSING CASE

AND NOW, this 3rd day of February, 2017, upon consideration of the Trustee's Certification of Default, this case is hereby DISMISSED (AND NOT RE-INSTATED) pursuant to Paragraph #3 of the court's order dated January 12, 2017.

**Date: _____**

_____
**Judge Magdeline D. Coleman
United States Bankruptcy Court**

Melvin Chappell, Jr.
Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA 19124

**Electronically via ECF/System ONLY:**

**ROGER V. ASHODIAN**
Regional Bankruptcy Center of SE PA
101 West Chester Pike
Suite 1 A
Havertown, PA 19083

William C. Miller,
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107