IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

MELVIN CHAPPELL, JR., and : CHAPTER 13
CHARLENE D. GRACE-CHAPPELL, :
:
Debtors. : BANKRUPTCY NO. 16-17021-mdc

## ORDER VACATING DISMISSAL OF CASE

AND NOW, this 23RD day of March, 2017, upon consideration of the Motion of the Debtors requesting reconsideration of the Order entered February 3, 2017, dismissing Debtors' case, and any response thereto, and after notice and hearing, it is hereby **ORDERED** as follows:

1. The Order entered February 3, 2017, dismissing Debtors' case, is **VACATED**.

2. The instant case is **REINSTATED**, and the Debtors may continue to prosecute their case under Chapter 13 of the Bankruptcy Code. *contingent upon the Debtor filing the Means Test on or before March 24, 2017 at 5 p.m.*

3. *Failure to comply with the requirements set forth in Paragraph 2 will result in the immediate dismissal of the Debtor's case.*

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Roger V. Ashodian
Regional Bankruptcy Center of Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083

(continued next page)

Copies to (continued):

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire
Sr. Assistant United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Pacific Union Financial LLC
c/o Joshua Isaac Goldman, Esquire
KML Law Group, P.C.
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106

ACS Cash Services
david@24-7loans.us

Empire Credit Recovery Services
care@empirecreditrecovery.com
and vanessa01033@outlook.com

Capitol One Bank (USA) N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Auto Finance,
a division of Capital One, N.A.
c/o Ascension Capital Group
P.O. Box 16502
Irving, TX  75016

Comcast
P.O. Box 3001
Southeastern, PA  19398

(continued next page)

Copies to (continued):

Melvin Chappell, Jr., and
Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA  19124