United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17021-mdc
Melvin Chappell, Jr.                                                  Chapter 13
Charlene D. Grace-Chappell
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 1              Date Rcvd: Mar 24, 2017
                              Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db/jdb          +Melvin Chappell, Jr.,    Charlene D. Grace-Chappell,    5011 Saul Street,
                  Philadelphia, PA 19124-2635
13805862         Capitol One Bank (USA) N.A.,    P.O. Box 71083,   Charlotte, NC 28272-1083
13805863        +Comcast,   P.O. Box 3001,   Southeastern, PA 19398-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13855410        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 25 2017 02:07:33
                  Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                  Arlington, TX 76006-1347
13805866        +E-mail/Text: bankruptcy@loanpacific.com Mar 25 2017 02:13:37      Pacific Union Financial LLC,
                  1603 LBJ Freeway, suite 500,   Dallas, TX 75234-6071
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13805861       ACS Cash Services,   david@24-7loans.us
13805864       Empire Credit Recovery Services,   care@empirecreditrecovery.com,    vanessa01033@outlook.com
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pacific Union Financial, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
              THOMAS I. PULEO    on behalf of Creditor    Pacific Union Financial, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| MELVIN CHAPPELL, JR., and<br>CHARLENE D. GRACE-CHAPPELL, | : CHAPTER 13<br>:<br>: |
| Debtors. | : BANKRUPTCY NO. 16-17021-mdc |

### ORDER VACATING DISMISSAL OF CASE

AND NOW, this _23RD_ day of March, 2017, upon consideration of the Motion of the Debtors requesting reconsideration of the Order entered February 3, 2017, dismissing Debtors' case, and any response thereto, and after notice and hearing, it is hereby **ORDERED** as follows:

1. The Order entered February 3, 2017, dismissing Debtors' case, is **VACATED**.

2. The instant case is **REINSTATED**, _contingent upon the Debtor filing the Means Test on or before March 24, 2017 at 5 p.m._ and the Debtors may continue to prosecute their case under Chapter 13 of the Bankruptcy Code.

3. _Failure to comply with the requirements set forth in Paragraph 2 will result in the immediate dismissal of the Debtor's case._

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Roger V. Ashodian
Regional Bankruptcy Center of Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083

(continued next page)

Copies to (continued):

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire
Sr. Assistant United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Pacific Union Financial LLC
c/o Joshua Isaac Goldman, Esquire
KML Law Group, P.C.
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106

ACS Cash Services
david@24-7loans.us

Empire Credit Recovery Services
care@empirecreditrecovery.com
and vanessa01033@outlook.com

Capitol One Bank (USA) N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Auto Finance,
a division of Capital One, N.A.
c/o Ascension Capital Group
P.O. Box 16502
Irving, TX  75016

Comcast
P.O. Box 3001
Southeastern, PA  19398

(continued next page)

Copies to (continued):

Melvin Chappell, Jr., and
Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA  19124