**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Melvin Chappell, Jr** | : |
| | : BANKRUPTCY NO. **16-17021 MDC** |
| Debtor (s) | |

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 6/1/2017 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                                       Respectfully submitted,

Date: April 24, 2017                                     /s/William C. Miller, Esquire
                                                                    William C. Miller, Esquire
                                                                    Chapter 13 Standing Trustee
                                                                    P.O. Box 1299
                                                                    Philadelphia, PA  19105