# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 16-17021-MDC

MELVIN CHAPPELL, JR.
CHARLENE D. GRACE-CHAPPELL
5011 SAUL STREET

PHILADELPHIA, PA 19124

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MELVIN CHAPPELL, JR.
CHARLENE D. GRACE-CHAPPELL
5011 SAUL STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

ROGER V ASHODIAN
101 WEST CHESTER PK
SUITE 1A
HAVERTOWN, PA 19083-

                                    /S/ William C. Miller

Date: 4/25/2017                  _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee