United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 16-17021-mdc
Melvin Chappell, Jr.                                      Chapter 13
Charlene D. Grace-Chappell
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1              Date Rcvd: Apr 25, 2017
                             Form ID: 160             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db/jdb         +Melvin Chappell, Jr.,   Charlene D. Grace-Chappell,   5011 Saul Street,
                 Philadelphia, PA 19124-2635
13805862        Capitol One Bank (USA) N.A.,   P.O. Box 71083,   Charlotte, NC 28272-1083
13805863       +Comcast,   P.O. Box 3001,   Southeastern, PA 19398-3001
13889251        Cornerstone Education Loan Services,   P.O. Box 145123,   Salt Lake City, UT. 84114-5123
13805865       +KML LAW GROUP, P.C.,   Mellon Independence Center,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 26 2017 01:07:38
                 Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,
                 P.O. Box 165028,   Irving, TX  75016,   UNITED STATES 75016-5028
13805236       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 26 2017 01:07:38
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 165028,   Irving, TX 75016-5028
13855410       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 26 2017 01:07:31
                 Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
                 Arlington, TX 76006-1347
13828303       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 26 2017 01:15:48     PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13805866       +E-mail/Text: bankruptcy@loanpacific.com Apr 26 2017 01:16:19     Pacific Union Financial LLC,
                 1603 LBJ Freeway, suite 500,   Dallas, TX 75234-6071
13895932        E-mail/Text: bnc-quantum@quantum3group.com Apr 26 2017 01:15:49
                 Quantum3 Group LLC as agent for,   JH Portfolio Debt Equities LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13805861       ACS Cash Services,   david@24-7loans.us
13805864       Empire Credit Recovery Services,   care@empirecreditrecovery.com,   vanessa01033@outlook.com
                                                                                        TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pacific Union Financial, LLC
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
          ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
          THOMAS I. PULEO    on behalf of Creditor    Pacific Union Financial, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Melvin Chappell, Jr. and Charlene D. Grace–Chappell

    Debtor(s)

Case No: 16−17021−mdc

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

    on: 6/1/17

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 4/25/17

For The Court

Timothy B. McGrath
Clerk of Court

57 − 48
Form 160