# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 16-17021-MDC

MELVIN CHAPPELL, JR.
CHARLENE D. GRACE-CHAPPELL
5011 SAUL STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MELVIN CHAPPELL, JR.
    CHARLENE D. GRACE-CHAPPELL
    5011 SAUL STREET

    PHILADELPHIA, PA 19124

**Counsel for debtor(s), by electronic notice only.**
    ROGER V ASHODIAN
    101 WEST CHESTER PK
    SUITE 1A
    HAVERTOWN, PA 19083-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                      /s/ William C. Miller

Date: 6/8/2017

                                                   _____
                                                   William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee