# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | **CHAPTER 13** |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | **BANKRUPTCY NO. 16-17021-mdc** |

## NOTICE OF MOTION TO DETERMINE VALUE OF CLAIM AND HEARING DATE

The Debtors, MELVIN CHAPPELL, JR. and CHARLENE D. GRACE-CHAPPELL, by and through their counsel, have filed a Motion to Determine the Value of the Security Interest in the Debtors' 2008 GMCYukon XL 1500 and Objection to Proof of Claim No. 3 Filed by Capital One Auto Finance, a division of Capital One, N.A.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 2, 2017, you or your attorney must do **all** of the following:

    (a) file an answer explaining your position to:

    Bankruptcy Clerk
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299
    (215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Roger V. Ashodian
    101 West Chester Pike, Ste. 1A
    Havertown, PA 19083
    610-446-6800
    610-446-6808 (FAX)

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on October 19, 2017, at 11:00 a.m, in Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA  19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  September 17, 2017