# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | CHAPTER 13 |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 16-17021-mdc |

## CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before March 8, 2018, I served a copy of the Debtor's Amended Chapter 13 Plan on the following parties by ECF notice and/or by e-mail, as indicated below, to the following addresses:

Pacific Union Financial, LLC                          (ECF Notice)
C/o Rebecca A. Solarz, Esquire
   and Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

William C. Miller, Esquire                            (ECF Notice)
Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire                            (ECF Notice)
Senior Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Capital One Auto Finance,                             (First Class Mail)
a division of Capital One, N.A.
C/o Ascension Capital Group
PO Box 165028
Irving, TX 75016

(continued on next page)

Service List (continued):

| | |
|---|---|
| City of Philadelphia Water<br>Revenue Bureau<br>1401 John F. Kennedy Boulevard<br>Philadelphia, PA  19102 | (First Class Mail) |
| PGW<br>Legal Department, 4th Floor<br>800 Montgomery Avenue<br>Philadelphia, PA  19122 | (First Class Mail) |
| Albert Einstein Dental<br>5501 Old York Rd.<br>Philadelphia, PA  19141 | (First Class Mail) |
| Capitol One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte, NC  28272 | (First Class Mail) |
| Comcast<br>PO Box 3001<br>Southeastern, PA  19398 | (First Class Mail) |
| PECO<br>Attn: Bankruptcy Unit<br>2301 Market Street, Suite 4-1<br>Philadelphia, PA  19103 | (First Class Mail) |
| Empire Credit Recovery Services<br>care@empirecreditrecovery.com<br>vaness01033@outlook.com | (E-Mail) |

(continued on next page)

Service List (continued):

Melvin Chappell, Jr., and  (E-mail)
Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA  19124

                REGIONAL BANKRUPTCY CENTER OF
                SOUTHEASTERN PA, P.C., by:

                _____
                Roger V. Ashodian
                Attorney ID #42586
                101 West Chester Pike, Suite 1A
                Havertown, PA  19083
                (610) 446-6800

                <u>Attorney for Debtors</u>