# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | CHAPTER 13 |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 16-17021-mdc |

## CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before April 18, 2018, I served a copy of the Debtor's Third Amended Chapter 13 Plan on the following parties by ECF notice, First Class Mail, Postage Prepaid, and/or by e-mail, as indicated below, to the following addresses:

William C. Miller, Esquire            (ECF Notice)
Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire            (ECF Notice)
Senior Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Pacific Union Financial, LLC          (ECF Notice)
C/o Rebecca A. Solarz, Esquire
    and Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Capital One Auto Finance,             (ECF Notice)
C/o Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107

(continued on next page)

Service List (continued):

| | |
|---|---|
| City of Philadelphia<br>Water Revenue Bureau<br>1401 John F. Kennedy Boulevard<br>Philadelphia, PA  19102 | (First Class Mail) |
| City of Philadelphia<br>Water Revenue Bureau<br>C/o Pamela Thurmond, Esquire and<br>Megan Harper, Esquire<br>Law Department<br>Municipal Services Building<br>1401 JFK Bouleard, 5th Floor<br>Philadelphia, PA  19102-1595 | (First Class Mail) |
| Spot Loan<br>C/o American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | (First Class Mail) |
| Cornerstone Educational Loan Services<br>PO Box 145123<br>Salt Lake City, UT  84114-5123 | (First Class Mail) |
| PECO<br>Attn: Bankruptcy Unit<br>2301 Market Street, Suite 4-1<br>Philadelphia, PA  19103 | (First Class Mail) |
| Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (First Class Mail) |
| PGW<br>Pearl Pham, Esquire<br>Legal Department, 4th Floor<br>800 Montgomery Avenue<br>Philadelphia, PA  19122 | (E-Mail) |

(continued on next page)

Service List (continued):

Melvin Chappell, Jr., and  
Charlene D. Grace-Chappell  
5011 Saul Street  
Philadelphia, PA  19124

(E-mail)

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian  
Attorney ID #42586  
101 West Chester Pike, Suite 1A  
Havertown, PA  19083  
(610) 446-6800

Attorney for Debtors