IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                              :      In Chapter 13
                                                                         :
    MELVIN CHAPPELL JR., AND               :      Bankruptcy No. 16-17021
    CHARLENE GRACE-CHAPPELL            :
                                                                         :
                Debtor.                             :
                                                                         :
                                                                         :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Philadelphia Gas Works' Objection to the Debtors' Second Amended Chapter 13 Plan dated March 16, 2018 which was filed on March 26, 2018.

Respectfully submitted,

PHILADELPHIA GAS WORKS

Dated: April 19, 2018

By: */s/ Pearl Pham*
PEARL PHAM
PA Attorney I.D. 90644
Attorney for Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122
215-684-6227 (phone)
Email: pearl.pham@pgworks.com