# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | CHAPTER 13 |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 16-17021-mdc |

## ORDER

AND NOW, this 6th day of August, 2018, upon consideration of the Debtors' Application for an extension of time to file an amended Chapter 13 Plan, it is hereby

**ORDERED** that an extension is granted until August 10, 2018, to file the Debtors' Sixth Amended Chapter 13 Plan.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE