United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Melvin Chappell, Jr.
Charlene D. Grace-Chappell
    Debtors

Case No. 16-17021-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: YvetteWD   Page 1 of 1   Date Rcvd: Aug 06, 2018
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
db/jdb       +Melvin Chappell, Jr.,   Charlene D. Grace-Chappell,   5011 Saul Street,
               Philadelphia, PA 19124-2635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
         CELINE P. DERKRIKORIAN   on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com
         JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance
          jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pacific Union Financial, LLC
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
          karena.blaylock@phila.gov
         PEARL PHAM   on behalf of Creditor   Philadelphia Gas Works pearl.pham@pgworks.com
         REBECCA ANN SOLARZ   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
         ROGER V. ASHODIAN   on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
         ROGER V. ASHODIAN   on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
         THOMAS I. PULEO   on behalf of Creditor   Pacific Union Financial, LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                        TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | CHAPTER 13 |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| **Debtors.** | : | BANKRUPTCY NO. 16-17021-mdc |

## ORDER

AND NOW, this 6th day of August, 2018, upon consideration of the Debtors' Application for an extension of time to file an amended Chapter 13 Plan, it is hereby

**ORDERED** that an extension is granted until August 10, 2018, to file the Debtors' Sixth Amended Chapter 13 Plan.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE