IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re:                                               :    In Chapter 13
                                                     :
    MELVIN CHAPPELL JR., AND          :    Bankruptcy No. 16-17021
    CHARLENE GRACE-CHAPPELL         :
                                                     :
    Debtor.                                    :
                                                     :
                                                     :
---------------------------------------------------x

## PHILADELPHIA GAS WORKS' OBJECTION TO DEBTORS' SIXTH AMENDED CHAPTER 13 PLAN DATED AUGUST 10, 2018

Philadelphia Gas Works (hereinafter "PGW") hereby files its Objection to the confirmation of the Debtors' Sixth Amended Chapter 13 Plan dated August 10, 2018. PGW is a secured creditor. The Municipal Liens were filed by the City of Philadelphia on behalf of the Philadelphia Gas Works for gas service to the property 5011 Saul Street, Philadelphia, PA (the "Property") pursuant to 53 Pa. C.S.A. §7101 et seq. These liens are statutory liens. PGW filed a Proof of Claim on March 23, 2018 for the amount claimed $7047.16 ($6398.43 is the secured claim amount).

PGW avers the following in its objection thereto:

1. On October 3, 2016, the Debtors commenced their bankruptcy proceeding in Chapter 13.

2. On August 10, 2018 the Debtors filed a Sixth Amended Chapter 13 Plan.

3. PGW objects to Debtor's statement and mischaracterization of the Philadelphia Gas Works Responsibility Program ("CRP") Agreement as described in Part 9 (J) in Debtor's Sixth Amended Plan.

1

4. The present CRP Agreement between debtor and PGW has a start date of September 5, 2017.

5. PGW filed a Proof of Claim on March 23, 2018 for the prepetition amount of $7047.16 ($6398.43 is the secured amount).

6. PGW's Proof of Claim was not objected to by the Debtor and deemed admitted.

7. There are four statutory liens held by the City of Philadelphia (PGW) filed against Debtors:

   Municipal lien docket number 140732722 filed on July 22, 2014 for the amount of $26.21;

   Municipal lien docket number 15023115 filed on February 21, 2015 for the amount of $972.77;

   Municipal lien docket number 160430630 filed on April 16, 2016 for the amount of $4,472.36; and

   Municipal lien docket number 160631730 filed on June 28, 2016 for the amount of $927.09.

   These liens are statutory municipal liens filed against the property 5011 Saul Street (the "Property").

8. Since the present CRP Agreement concerns only with post-petition debt and debtor is paying PGW directly (outside of the Plan) pursuant to the CRP Agreement, PGW requests that the Plan be amended and that Part 9 (J) language in its entirety be removed from the Plan.

9. The present CRP Agreement does not deal with pre-petition debt, only post-petition debt.

10. The CRP Agreement does not need to be included in the Debtor's Plan as the Debtor pays PGW directly and not to the Trustee.[1] There is no need to include PGW's CRP Agreement in Part 4 of the Sixth Amended Plan.

11. More importantly, Debtor is delinquent in his post-petition payments under his present CRP Agreement.

12. The current amount due is $291.40 which includes an accumulated CRP balance.

13. To date, no payment has been made by the Debtor to cure the default in CRP payment.

WHEREFORE, Philadelphia Gas Works respectfully requests that this Court APPROVE the Debtors' Sixth Amended Chapter 13 Plan **only** if the language in Part 9 (J) is removed in its entirety and that the CRP Agreement is not addressed in Part §4(a) as it is paid outside the Plan directly to PGW.

Respectfully submitted,

PHILADELPHIA GAS WORKS

Dated: August 13, 2018

Respectfully submitted,
/s/ Pearl Pham
Pearl Pham
Senior Attorney
Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122
215-684-6227
215-684-6798 FAX
pearl.pham@pgworks.com

---

[1] According to Debtor's Sixth Amended Plan, Part 4 of Secured Claims, Debtor has the regularly monthly payment to PGW listed as $92.14. The monthly payment as of October 13, 2017 is $97.14 ($92.14 CRP +$5.00 toward the prior balance) (see also attached signed CRP application for Debtor as Exhibit "A").

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                  :    In Chapter 13
                                                        :
    MELVIN CHAPPELL JR., AND         :    Bankruptcy No. 16-17021
    CHARLENE GRACE-CHAPPELL          :
                                                        :
    Debtor.                          :
                                                        :
                                                        :
---------------------------------------------------------x

## CERTIFICATION OF SERVICE

    I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that a true and correct copy of the foregoing Philadelphia Gas Works' Objection to Debtors' Sixth Amended Chapter 13 Plan was served by the means designated below on the date set forth below, upon all parties including the following:

<u>VIA ECF</u>

Roger V. Ashodian, Esq.
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Ste 1A
Havertown, PA 19083
(610) 446-6800

Jacqueline Chandler, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377


Dated: <u>August 13, 2018</u>        <u>/s/ Pearl Pham</u>
                                        Attorney for Philadelphia Gas Works
                                        800 W. Montgomery Avenue
                                        Philadelphia, PA 19122
                                        (215) 684-6227
                                        <u>pearl.pham@pgworks.com</u>

# EXHIBIT
# "A"

# PGW Customer Responsibility Program (CRP) Application / Recertification Form

Name: Melvin Chappell Jr
Address: 5011 Saul St
Account Number: [redacted] 3695
Zip: 19124    Phone: (215) 617-3758

Please Check:
☑ New Application
☐ Recertification

## Household Information (Please list all children and adults living in your home, starting with yourself)

| Last Name | First Name | Relationship | Social Security # | Date of Birth | Under 18 Y/N | (FOR PGW USE ONLY) Average gross monthly inc. |
|---|---|---|---|---|---|---|
| Chappell | Melvin Jr | Self | [redacted] | [redacted] | N | |
| Chappell | Melvin | Son | [redacted] | [redacted] | Y | |
| Grace | A'yanah | Daughter | [redacted] | [redacted] | Y | |

(If you need to include more household members, please attach a separate sheet)

Total Average Monthly Household Income: 1023.82

**IMPORTANT:** Attach copies of current income documentation for all household members listed above (e.g., all pay stubs within last 30 days, social security letter). PGW will use this documentation to calculate each household member's average gross monthly income, using year-to-date earnings, if necessary. For adults over age 18 who do not have an income, use the lines below to explain their current situation (e.g., "applied for unemployment, but not eligible", "enrolled in high school / college"). Failure to provide this information when you apply may require follow up verification, which will delay processing.

## Additional Financial Assistance (to be completed in its entirety and signed by the person providing assistance)

If someone not living in your home provides financial assistance to you or someone else in your home, they must complete the section below and sign where noted. PGW may require verification of the information stated in this section.

Name of person providing assistance: _____    Phone: _____

Address: _____    City: _____    State: _____    Zip: _____

_____ I certify that I provide _____ /month in cash assistance to the CRP applicant listed
(Signature of person providing assistance) above and I understand that PGW can request verification of this information upon request.

## Other Assistance (Yes or No response is required)

Indicate if your household receives the following types of assistance listed below, and the amount received for each (please attach documentation, such as the DPW Letter of Eligibility or a COMPASS printout). PGW does **NOT** include the dollar amount of this assistance as income when determining eligibility for CRP. The purpose for obtaining this information is to reduce the need for follow-up when determining how your household meets basic living expenses.

Food Stamps    ☐No  ☐Yes    If yes, please list amount per month _____
Housing subsidy (e.g., PHA housing, voucher)  ☐No  ☐Yes    If yes, please list amount per month _____

## Customer Responsibilities

1. I agree to pay PGW the monthly CRP amount, plus $5 toward my pre-program arrears (if any), and other additional charges that apply.
2. I understand that I will receive 1/36th forgiveness of pre-program arrears only in months that I pay my total amount due on time and in full.
3. I understand that if I miss one payment, I will be in default, collection activity will begin, and my service may be terminated.
4. I agree to apply for LIHEAP and list PGW as the utility company to which I want payment sent.
5. I agree to recertify each year by submitting a CRP application with updated household information and income documentation.
6. I agree to report all changes in household size and income, even if the changes occur before my required annual recertification.
7. I agree to accept the free services of PGW's conservation programs, if offered to me.
8. I agree to make a significant effort to conserve energy.
9. I hereby authorize PGW to verify information provided on this form through internal and third party sources, including City and State records and to obtain additional information from any source for any review.
10. I agree that if I fail to meet any of the Customer Responsibilities above, PGW may remove me from the Customer Responsibility Program.

**Important Notice** PUC requirements limit enrollment in CRP to customers who meet the income eligibility. PGW uses internal and third party sources, as well as standard benefit determinations made by the Social Security Administration and the Department of Public Welfare, to routinely audit and assess information and documentation provided by customers who apply for CRP. If through investigation you are found to have provided false information, you will be removed from CRP and may be required to repay the discounts and forgiveness received during the period for which you were ineligible for the program. You may also be subject to criminal prosecution for fraud. By signing below, you acknowledge that you have provided complete and correct information, have read and understand this notice, and agree to the Customer Responsibilities above.

PGW Representative: [signature]    Customer Signature: Melvin Chappell    Date: 9/5/17

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
## PAY STATEMENT

Check Number: 
Employee ID: 
Organization: 5260
Check Date: 08/11/2017

MELVIN J CHAPPELL
5011 SAUL STREET
PHILADELPHIA PA 19124

| | MELVIN J CHAPPELL | | 93 | EMPLOYEE ID | PERIOD ENDING 08/05/2016 | CHECK DATE 08/12/2016 | |
|---|---|---|---|---|---|---|---|
| H.I. PLAN | AGENCY PER | GRL DIEM | YTD FEDERAL TAX 6,702.97 | YTD FICA 7,246.48 | YTD FICA MED 7,246.48 | YTD GROSS 7,246.48 | |
| FEDERAL TAX 442.16 | FICA TAX 478.00 | FICA MED 478.00 | RETIREMENT 478.00 | | | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PER DIEM | 9.56 | 50.00 | 478.00 | FEDERAL TAX | 20.17 | 302.68 |
| | | | | FICA | 29.63 | 449.28 |
| | | | | FICA MED | 6.93 | 105.07 |
| | | | | STATE TAX | 14.67 | 222.37 |
| | | | | CITY TAX RES | 18.73 | 283.94 |
| | | | | RETIREMENT | 35.85 | 543.51 |
| | | | | UNEMPL TAX | 0.33 | 5.00 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

FACTOR 10MONTH-217, 12MONTH-261

RETAIN THIS STUB FOR YOUR RECORDS. ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

**THE SCHOOL DISTRICT OF PHILADELPHIA**
**PHILADELPHIA, PA**
**PAY STATEMENT**

Check Number:
Employee ID:
Organization: 5260
Check Date: 08/25/2017

MELVIN J CHAPPELL
5011 SAUL STREET
PHILADELPHIA PA 19124

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|---|
| MELVIN J CHAPPELL | | | 93 | | 08/19/2016 | 08/26/2016 | |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | | YTD GROSS WAGES |
| | PER | DIEM | 7,100.90 | 7,676.68 | 7,676.68 | | 7,676.68 |
| FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | | | |
| 397.93 | 430.20 | 430.20 | 430.20 | | | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PER DIEM | 9.56 | 45.00 | 430.20 | FEDERAL TAX | 15.75 | 376.44 |
| | | | | FICA | 26.67 | 475.95 |
| | | | | FICA MED | 6.24 | 111.31 |
| | | | | STATE TAX | 13.20 | 235.57 |
| | | | | CITY TAX RES | 16.85 | 300.80 |
| | | | | RETIREMENT | 32.27 | 575.78 |
| | | | | UNEMPL TAX | 0.30 | 5.30 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

RETAIN THIS STUB FOR YOUR RECORDS.
ALL PL, PI, & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

. FACTOR 10MONTH-217, 12MONTH-261

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :    In Chapter 13
                                                 :
     MELVIN CHAPPELL JR., AND                    :    Bankruptcy No. 16-17021
     CHARLENE GRACE-CHAPPELL                     :
                                                 :
                 Debtor.                         :
                                                 :
                                                 :
                                                 :
-------------------------------------------------x
```

## CERTIFICATION OF SERVICE

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that a true and correct copy of the foregoing Philadelphia Gas Works' Objection to Debtors' Sixth Amended Chapter 13 Plan was served by the means designated below on the date set forth below, upon all parties including the following:

VIA ECF

Roger V. Ashodian, Esq.
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Ste 1A
Havertown, PA 19083
(610) 446-6800

Jacqueline Chandler, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

Dated: August 13, 2018            /s/ Pearl Pham
                                  Attorney for Philadelphia Gas Works
                                  800 W. Montgomery Avenue
                                  Philadelphia, PA 19122
                                  (215) 684-6227
                                  pearl.pham@pgworks.com

4