## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin Chappell Jr.<br>Charlene D. Grace-Chappell<br>　　　　　　　　　　Debtors | Chapter 13 |
| Pacific Union Financial, LLC<br>　　　　v.<br>Melvin Chappell Jr.<br>Charlene D. Grace-Chappell<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 16-17021 MDC |

## ORDER

AND NOW, this  4th  day of  October , 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 20, 2018, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Pacific Union Financial, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5011 Saul Street & 5014 R. Leiper Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
United States Bankruptcy Judge.

cc: See attached service list

Melvin Chappell Jr.
5011 Saul Street
Philadelphia, PA 19124

Charlene D. Grace-Chappell
5011 Saul Street
Philadelphia, PA 19124

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Roger V. Ashodian Esq.
Regional Bankruptcy Center of SE PA (VIA ECF)
101 West Chester Pike, Ste. 1A
Havertown, PA 19083

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532