United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17021-mdc
Melvin Chappell, Jr.                                                  Chapter 13
Charlene D. Grace-Chappell
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: pdf900          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db/jdb         +Melvin Chappell, Jr.,    Charlene D. Grace-Chappell,    5011 Saul Street,
                 Philadelphia, PA 19124-2635
cr             +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13981679       +Albert Einstein Dental,    5501 Old York Rd.,    Philadelphia, PA 19141-3091
13940856       +CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673,    Attorney for Pacific Union,    Financial, LLC,
                 123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
13805863       +Comcast,   P.O. Box 3001,    Southeastern, PA 19398-3001
13889251        Cornerstone Education Loan Services,     P.O. Box 145123,    Salt Lake City, UT. 84114-5123
13805865       +KML LAW GROUP, P.C.,    Mellon Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13981687       +PECO - Bankruptcy Unit,    2301 Market Street, S4-1,    Philadelphia, PA 19103-1338
13981688       +PGW,   P.O. Box 11700,    Newark, NJ 07101-4700
13981689       +PGW,   Legal Department, 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
14078431       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,    PHILADELPHIA PA 19122-2898,
                 ATTN: BANKRUPTCY DEPT, 3FL

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:24
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:32     City of Philadelphia,
                 Law Department,   c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 08 2018 03:34:11
                 Capital One Auto Finance c/o AIS Portfolio Service,     P.O. BOX 4360,    Houston, TX  77210-4360
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 08 2018 03:33:07
                 Capital One Auto Finance, a division of Capital On,     c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
13981680       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 08 2018 03:33:07     Ascension Capital Group,
                 Attn: Capital One Auto Finance, a,    division of Capital One, N.A. Department,
                 P.O. Box 165028,    Irving, TX  75016-5028
14093356       +E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:32
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13981681        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 08 2018 03:33:07
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
13805236       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 08 2018 03:34:11
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 165028,    Irving, TX 75016-5028
13855410       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 08 2018 03:33:39
                 Capital One Auto Finance, c/o Ascension Capital Gr,     P.O. Box 201347,
                 Arlington, TX 76006-1347
13805862        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 08 2018 03:33:06
                 Capitol One Bank (USA) N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
13828303       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 08 2018 03:29:04     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13805866       +E-mail/Text: bankruptcy@loanpacific.com Dec 08 2018 03:31:22     Pacific Union Financial LLC,
                 1603 LBJ Freeway, suite 500,    Dallas, TX 75234-6071
13895932        E-mail/Text: bnc-quantum@quantum3group.com Dec 08 2018 03:29:07
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13812739        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 08 2018 03:33:42     Spot Loan,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13981690        E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:32     Water Revenue Bureau,
                 1401 John F. Kennedy Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13805861       ACS Cash Services,    david@24-7loans.us
13981678       ACS Cash Services,    david@24-7loans.us
13805864       Empire Credit Recovery Services,    care@empirecreditrecovery.com,    vanessa01033@outlook.com
13981684       Empire Credit Recovery Services,    care@empirecreditrecovery.com,    vanessa01033@outlook.com
cr*            Spot Loan by American InfoSource LP as agent,     PO Box 248838,    Oklahoma City, OK  73124-8838
13981682*      Capitol One Bank (USA) N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
13981683*     +Comcast,   P.O. Box 3001,    Southeastern, PA 19398-3001
13981685*     +KML LAW GROUP, P.C.,    Mellon Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13981686*     +Pacific Union Financial LLC,    1603 LBJ Freeway, suite 500,    Dallas, TX 75234-6071
13919846*     +Pacific Union Financial, LLC,    1603 LBJ Freeway, Suite 500,    Dallas, TX 75234-6071
                                                                                   TOTALS: 4, * 6, ## 0

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Dec 07, 2018
                               Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:

```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pacific Union Financial, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              PEARL PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
              THOMAS I. PULEO    on behalf of Creditor    Pacific Union Financial, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| MELVIN CHAPPELL, JR., and | : | **CHAPTER 13** |
| CHARLENE D. GRACE-CHAPPELL, | : | |
| | : | |
| **Debtors.** | : | **BANKRUPTCY NO. 16-17021-mdc** |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days

after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor pursuant to 11 U.S.C. §1326(a)(2).

BY THE COURT:

Dated: 12/6/18

_Magdeline D. Coe_
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE